# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Gilbert Jose Brenes Solano,<br>Douglas Javier Mairena Romero,<br>Harol Antonio Urtecho Mendez, and<br>Xavier Enrique Mannings Reid<br><br>*Defendant(s)* | Case No. **8:20MJ1885SPF** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 27, 2020** in the county of **Hillsborough** in the **Middle** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506 (a) and (b), and 21 U.S.C. § 960(b)(1)(G). | Conspiracy to distribute and possess with intent to distribute 1,000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a controlled substance |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Juan G. De Jesus, Special Agent FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: **9/15/2020**

*Judge's signature*

City and state: Tampa, FL

SEAN P. FLYNN, Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Juan G. De Jesus, being duly sworn, depose and state:

## Introduction and Agent Background

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed by the FBI since 1995. Since August 2020, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") investigation being conducted by the FBI, Drug Enforcement Administration ("DEA"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), the Coast Guard Investigative Service ("CGIS"), the United States Coast Guard ("USCG"), and state and local law enforcement agencies. Investigations initiated by Operation Panama Express are prosecuted in the Middle District of Florida (Tampa Field Office). Special Agents assigned to Operation Panama Express currently investigate cocaine smuggling organizations responsible for the transportation of cocaine through international waters of the Caribbean Sea and Pacific Ocean via maritime vessels to transshipment locations for later introduction and distribution into the United States.

## Statutory Authority

2. I submit this affidavit in support of a criminal complaint charging that beginning on an unknown date and continuing through on or about August

27, 2020, while on board a vessel subject to the jurisdiction of the United States, Gilbert Jose BRENES SOLANO, Douglas Javier MAIRENA ROMERO, Harol Antonio URTECHO MENDEZ and Xavier Enrique MANNINGS REID (collectively, "the Defendants"), each of whom will be brought into the United States at a point in the Middle District of Florida, did knowingly and willfully combine, conspire, and agree with each other and with other persons, to distribute and possess with the intent to distribute 1,000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(G).

3. The information contained in this Affidavit is based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included only those facts I believe are necessary to establish probable cause supporting the requested complaint.

### Probable Cause

4. The United States Coast Guard ("USCG") has authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and

arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

5. On or about August 27, 2020, a U.S. Coast Guard marine patrol aircraft ("MPA") detected a target of interest in international waters approximately 140 nautical miles southwest of the Azuero Peninsula, Panama, in international waters. The GFV was dead in the water with a tarp over the vessel.

6. The U.S. Coast Guard Cutter (USCGC) Harriet Lane ("HAR") was diverted to intercept. HAR launched an over the horizon vessel ("OTH") with a law enforcement detachment ("LEDET") to intercept the GFV.

7. As the LEDET approached the GFV, four mariners (the Defendants) were observed on board. None of the defendants claimed to be the GFV's master or claim any nationality for the GFV. The LEDET was instructed to treat the suspect GFV without nationality subject to the jurisdiction of the United States and conducted a full law enforcement boarding.

8. In addition to the Defendants, the LEDET discovered fifty bales, one half-bale, and one brick containing 2,527 pounds of a substance that field-tested positive for the presence of marijuana.

9. In my training and experience, the GFV is consistent in style, size, and propulsion to other such vessels frequently used to transport illegal drugs across international waters in the Eastern Pacific Ocean.

10. The USCG sank the GFV as a navigation hazard and detained the four defendants, who will be brought into the United States in the Middle District of Florida.

## CONCLUSION

11. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that Gilbert Jose BRENES SOLANO, Douglas Javier MAIRENA ROMERO, Harol Antonio URTECHO MENDEZ and Xavier Enrique MANNINGS REID, while on board a vessel subject to the jurisdiction of the United States, knowingly and willfully combined, conspired, and agreed with each other and with other persons to distribute and possess with the intent to distribute 1,000 kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule II controlled substance,

in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(G).

Juan G. De Jesus
Special Agent, FBI

Sworn to me telephonically in Tampa, Florida this 15th day of September, 2020.

SEAN P. FLYNN
United States Magistrate Judge