# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:20-cr-275-CEH-SPF

GILBERT JOSE BRENES SOLANO
_____/

## SENTENCING MEMORANDUM

The Defendant, Mr. Gilbert Jose Brenes Solano ("Mr. Solano"), by and through his undersigned attorney, Mr. Adam J. Nate, pursuant to 18 U.S.C. §§ 3553 and 3551, files this memorandum in support of his request for the following sentence: forty-six (46) months imprisonment, followed by a five-year term of supervised release.

The bases for Mr. Solano's requested sentence are (1) the incorrect scoring of his Base Offense Level which wrongly uses cocaine as part of the total calculated weight (PSR ¶ 19), (2) the non-violent nature of Mr. Solano's offense, (3) his minor role in the offense (PSR ¶ 22), (4) Mr. Solano's cooperation and assistance, and (4) his almost-certain deportation after serving his prison sentence which will adequately protect American society from future criminal activity. In addition, there is no reliable, credible, and consistent evidence that a prison sentence lengthier than the one requested will serve to deter any individual similarly-situated to Mr. Solano from engaging in similar criminal activity.

1

**WHEREFORE**, the Defendant, Mr. Solano, respectfully requests a sentence of forty-six (46) months imprisonment, followed by a five-year term of supervised release.

Respectfully submitted this 17th day of May, 2021.

JAMES T. SKUTHAN
ACTING FEDERAL DEFENDER

**/s/ *Adam J. Nate***

Adam J. Nate
Florida Bar No.0077004
Assistant Federal Defender
400 N. Tampa Street, Suite 2700
Tampa, Florida  33602
Telephone:  (813) 228-2715
E-mail:     Adam_Nate@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2021, a true and correct copy of the foregoing was furnished by using the CM/ECF system to the Clerk of the Court, which will send notice of the electronic filing to the following:

Mr. Daniel Michael Baeza, Assistant United States Attorney

**/s/ Adam J. Nate**

Adam J. Nate
Assistant Federal Defender